**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:22-cv-01090-MEH

ACCESS 4 ALL INCORPORATED
and JOHN MEGGS,

    Plaintiffs,

v.

44th AND WADSWORTH DEFENDANTS
LIMITED LIABILITY COMPANY
and PNS STORES, INC. d/b/a BIG LOTS,

    Defendants.

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
---

    Plaintiffs, ACCESS 4 ALL INCORPORATED and JOHN MEGGS, and Defendant, 44th AND WADSWORTH DEFENDANTS LIMITED LIABILITY COMPANY, ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement. STIPULATED AND AGREED by Counsel for the Parties on the dates below written. Respectfully submitted on December 7, 2022.

| | |
|---|---|
| */s/ Anthony J. Perez* <br> ANTHONY J. PEREZ, ESQ. <br> GARCIA-MENOCAL & PEREZ, P.L. <br> 1600 Broadway <br> Denver, CO 80202 <br> Telephone: (305) 553-3464 <br> Email: ajperez@lawgmp.com <br> *Attorney for Plaintiff* | */s/ Amanda H. Halstead* <br> AMANDA H. HALSTEAD <br> MILLS HALSTEAD & ZALOUDEK, LLC <br> 600 Seventeenth Street, Suite 2800 <br> Denver, Colorado 80202 <br> Telephone: (303) 226-5861 <br> *Attorney for Defendant 44th And Wadsworth Limited Liability Company* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on December 7, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com
bvirues@lawgmp.com

By: ___/s/ Anthony J. Perez_____
      ANTHONY J. PEREZ