**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:22-cv-01090-MEH

ACCESS 4 ALL INCORPORATED
and JOHN MEGGS,

    Plaintiffs,

v.

44th AND WADSWORTH DEFENDANTS
LIMITED LIABILITY COMPANY
and PNS STORES, INC. d/b/a BIG LOTS,

    Defendants.

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
---

    Plaintiffs, ACCESS 4 ALL INCORPORATED and JOHN MEGGS, and Defendant, PNS STORES, INC. d/b/a BIG LOTS, ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on December 15, 2022.

/s/ Anthony J. Perez
ANTHONY J. PEREZ, ESQ.
GARCIA-MENOCAL & PEREZ, P.L.
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Email: ajperez@lawgmp.com
*Attorney for Plaintiff*

/s/ W. Jonathan Sweeten
W. JONATHAN SWEETEN
RENDIGS, FRY, KIELY & DENNIS, LLP
1434 Spruce St., Suite 100
Boulder, CO 80302
Telephone: (513) 381-9200
Emails: jsweeten@rendigs.com
mfoley@rendigs.com
*Attorney for Defendant PNS Stores, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on December 15, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com
bvirues@lawgmp.com

By: ____/s/ Anthony J. Perez_____
ANTHONY J. PEREZ

2