IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01090-MEH

JOHN MEGGS and
ACCESS 4 ALL INC.,

    Plaintiffs,

v.

PNS STORES, INC., d/b/a Big Lots,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed at ECF 31. Rule 41(a)(1)(A)(ii) provides that "an action" may be dismissed without a court order upon the filing of "a stipulation of dismissal signed by all parties who have appeared." Therefore, this case was **DISMISSED WITH PREJUDICE** pursuant to the terms of the parties' agreement, upon the filing of their Stipulation. No order of dismissal is necessary.

    The Clerk of Court shall close this case.

    Dated and entered at Denver, Colorado, this 19th day of December, 2022.

                                              BY THE COURT:

                                              *Michael E. Hegarty*

                                              Michael E. Hegarty
                                              United States Magistrate Judge